

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00727-CV

**IN THE INTEREST OF K.M.J.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02187
Honorable Martha Tanner, Judge Presiding[1]

*consolidated with*

No. 04-18-00728-CV

**IN THE INTEREST OF A.N.J.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02188
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portions of the trial court's orders terminating Appellant Father A.J.'s parental rights are REVERSED, and the causes are REMANDED to the trial court for further proceedings. The trial court's orders are AFFIRMED in all other respects. The trial court is ORDERED to commence the new trial proceedings *no later than 180 days* after the mandate is issued. No costs of appeal are taxed against appellant.

SIGNED April 3, 2019.

_____
Liza A. Rodriguez, Justice

---

[1] Sitting by assignment.